IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20868
Summary Judgment
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus


STEVEN CLAYTON WALKER,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CR-137-1
- - - - - - - - - -
March 26, 1997
Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Steven Walker appeals his conviction for being a felon in possesion of a firearm, in violation of 18 U.S.C. § 922(g)(1). His contention that the statute is unconstitutional lacks merit. United States v. Rawls, 85 F.3d 240 (5th Cir. 1996).

JUDGMENT AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.